**FILED**

**10/23/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# United States District Court
# Southern District of Indiana

Rene Vela

v.

Warden Frank Vanihel

Case # 2:23-cv-00496 -JRS-MJD

## Prisoner Complaint 42 U.S.C. §1983

### I. Parties
### A. Plaintiff Information

1. Name: Rene Vela
2. Place of Incarceration: Wabash Valley Corr. Fac.
3. Address: P.O. Box 1111 Carlisle, IN 47838
4. Did things you are suing about occur at your present place of incarceration? Yes
5. The things I'm suing about happened after conviction while serving sentence.

### B. Defendants Information

6. How many Defendants are you suing
   Defendants in total = 17

Next Page Complete list of Defendants, Job titles and Work addresses.

– Defendants List –

1. Warden Frank Vanihel
Wabash Valley Cor. Fac.
6908 S. Old US Hwy 41
Carlisle, IN. 47838

2. Deputy Warden Kevin Gilmore
Wabash Valley Cor. Fac.
6908 S. Old US Hwy 41
Carlisle, IN ~~47838~~ 47838

3. WVCF Plant Manager
Wabash Valley Cor. Fac.
6908 S. Old US Hwy 41
Carlisle, IN 47838

4. Maintenance Supervisor Walters
Wabash Valley Cor. Fac.
6908 S. Old US Hwy 41
Carlisle, IN 47838

5. Mental Health Dr. Mary Sims
Wabash Valley Cor. Fac.
6908 S. Old US Hwy 41
Carlisle, IN 47838

Defendants List Continued...

6. Casework Manager Jacquelynne Porter-Marts
   Wabash Valley Cor. Fac. - SCU
   6908 S. Old US Hwy 41
   Carlisle, IN 47838

7. Lt. C. Holcomb
   Wabash Valley Cor. Fac.
   6908 S. Old US Hwy 41
   Carlisle, IN 47838

8. ~~O'Yabber~~ Lt. Yarber
   Wabash Valley Cor. Fac. - SCU
   6908 S. Old US Hwy 41
   Carlisle, IN 47838

9. Sgt. Ivy
   Wabash Valley Cor. Fac. - SCU
   6908 S. Old US Hwy 41
   Carlisle, IN 47838

10. C.O. Reardon
    Wabash Valley Cor. Fac - SCU
    6908 S. Old US Hwy 41
    Carlisle, IN 47838

Defendants List Continued...

11. C.O. Nef
Wabash Valley Cor. Fac. - SCU
6908 S. Old US Hwy 41
Carlisle, IN 47838

12. C.O. Angleton
Wabash Valley Cor. Fac. - SCU
6908 S. Old US Hwy 41
Carlisle, IN 47838

13. C.O. Reeves
Wabash Valley Cor. Fac. - SCU
6908 S. Old US Hwy 41
Carlisle, IN 47838

14. C.O. Hill
Wabash Valley Cor. Fac. - SCU
6908 S. Old US Hwy 41
Carlisle, IN 47838

15. C.O. Ellenger
Wabash Valley Cor. Fac. - SCU
6908 S. Old US Hwy 41
Carlisle, IN 47838

# Defendants List Continued ...

16. C.O. Baker
    Wabash Valley Corr. Fac. - SCU
    6908 S. Old US Hwy 41
    Carlisle, IN 47838

17. C.O. Maverick
    Wabash Valley Corr. Fac. - SCU
    6908 S. Old US Hwy 41
    Carlisle, IN 47838

# II. Grievance Procedure

A. Is there a grievance system that would allow you to file a grievance about the things you are suing about?

Yes

B. If yes did you file a grievance about the things you are suing about?

Yes

# III. Causes of Action With Supporting Facts ...

"The Complaint"

On February 20th 2023 I was transferred here to Indiana's Supermax Solitary Confinement Segregation Unit at Wabash Valley Correctional Facility known as the S.C.U. "Secured Confinement Unit" Where the first week I was kept in a camera cell for observation and consideration of where to be placed in the SCU on February 27th I was moved from the clean sanitary camera cell on B-500 Range which was also a very clean Range smelled clean clean showers clean Range clean rec-pad toilets were all in working order on the Range no insects or vermin Well I was moved from B-500 to B-400 cell 409 and immediately upon being escorted in handcuffs and shackles and dog leash ~~called a lead~~ ~~strap~~ (called a lead strap in here) but as soon as I stepped onto B-400 Range the smell was so foul smelled like a pig farm and there was water covering the whole downstairs I was escorted to my cell which was also filthy the cell smelled like feces and urine there was splattered substances all over walls and ceiling and mold under toilet and sink. I wasn't given any cleaning supplies that night so I cleaned with soap and wash rag and pair of socks. Later in the late night very early am I was awakened by screaming and kicking and banging

of the cell door to the cell adjacent to me to my surprise when I thought the inmate in said cell was arguing and fighting with officers or other inmates I was surprised to find out he was yelling and screaming at the voices in his head and was kicking cell door for hours at a time keeping B-400 awake. Later after being on the Range for a little while I learned that the inmate doing all of that was mentally ill and stays without anything in his cell he plays in toilet all day throws food all over his cell and never uses soap to shower and all the guards that come on B-400 Range all almost vomit when going by his cell. Also come to find out that all the water on the range floor was toilet water with feces and urine and trash + debris from all of the malfunctioning plumbing and toilets on B-400 Range. All this Sewage water feces urine trash and debris would be squeegeed out onto B-400's rec pad where it was left to sit and rot and mold and stink and make most refuse to go to rec which makes work easier for staff. In the cells the A.C. is turned up so high its freezing in the cells and just pushes the stink and air born fecal matter through the air and cells on B-400. So the

Staff I have observed Continuously make walk throughs and comment on the Un-safe Un-Sanitary deplorable conditions are as follows Lt. C. Holcomb who was in charge of the SCU upon my arrival and personally escorted me into SCU and to Range but has since been Replaced by Lt. Barber who has also been a Constant visitor during all these horrendous conditions as well as Maintenance Worker Walters, Casework Manager Jacquelynne Porter-Mants, Mental Health Dr. Mary Sims, Sgt. Ivy, C.O. Reardon, C.O. Nef, C.O. Hill, C.O. Ellezer, C.O. Angleton, C.O. Reeves, C.O. Maverick, C.O. Baker they have all for months been daily or on multiple days per week for months been on the Range and Commented on the horrible conditions and smell and have push broomed or squeegeed the Sewage water feces and urine out on to Rec pad and left it! The Cell extraction team had to come and strip another inmate on the Range naked and scrub him with soap cause this inmate had not showered for months and refused to do so himself so it was done by the Cell extraction team! All other Ranges have Range workers and clean Ranges clean showers not loud not smelly with properly functioning plumbing yet myself and the few inmates who

have written witness statements on my behalf describing the living conditions we have been forced to endure for months! Myself personally had to endure for 6 months a time period of February 27th - August 22nd 2023 at which time I was moved to a very clean range no mentally ill inmates no sewage no plumbing issues no feces no urine no extreme temperature no mold no feces & urine and trash and mold covered rec pad. Which again showed me that it was merely B-400 range that was subjected to these horrible unsafe unsanitary deplorable conditions of confinement.

Due to and during my time on B-400 I was subjected to Isolation, Excessive Noise, Lack of Sleep, extreme temperatures, inadequate heating and cooling, improper ventilation, unclean and inadequate toilets and showers, unsanitary conditions of dining and food consumption, housing with mentally ill inmates, placement in restraints when leaving cell and showering, not being treated equally as the other ranges in the SCU, lack of Recreation, last to eat and receive trays continuously skipped for showers and rec, would be forced to take sack lunches cause they would conveniently run out of trays only on B-400 range and then the sack lunch would only have an apple and 1 sandwich (2 pieces bread 1 bolne,

Many Conditions of Confinement that individually or cumulatively deprive me or deprived me of basic human needs. Ive been confined in a cell approximately the size of a parking space for 23 hours a day some days but for the full 24 hours a day most of the time due to B-400 Range always being skipped Rec and showers for long periods of time sometimes 14 days or more and deprivation of visual stimuli has caused me to experience anxiety, depression, deterioration of cognitive function. Ive suffered sleep deprivation and exposure to constant screaming and cell door banging and kicking by other inmates and staff members. Toilets are on timers and limits the times it can be used and toilets do not flush properly which causes sewage waste and odor to flow back and forth between adjacent cells. Toilets on new range Im currently on arent on timers or limits! So I wasn't being treated equally for No reason! Staff Serve meals to us in these unsanitary conditions from food carts and trays that are left outside in the open air and sun for days in parking lot with birds and insects and vermin infesting and polluting trays on cart spilling out onto ground and left for days. The plumbing issue has been enhanced by new facility Policy of Property Placement or be subjected to being placed on

strip cell for up to 14 days and a conduct report if our property in our cells isn't placed in designated area's stated in WVC#99-07 /Section#4 "Cell Standards" forces us to keep our property boxes (cardboard property boxes as is all allowed in SCU) on the floor under shelves with our shoes and sandals all of which is covered in Sewage water with feces and urine on cell floor! Causing our property and shoes to be soaked in Sewage feces urine etc. I have submitted numerous Healthcare request slips to Mental Health over these last 8 months and all have been ignored and unanswered! Yet I know for certain they were received due to facility rule that Healthcare request forms be submitted to the hands of Nurses or Drs or Mental Health workers directly and not placed in mail bags so I handed each and everyone of the ignored requests for Mental Health help directly to a nurse during med pass or Mental Health during montly walk through! I've filed grievances on all these issues Plumbing, food service, Conditions of Confinement, Refusal of Mental Health Treatment, being cheated by facility tablets on subscription services purchased that wouldn't work then told ~~scribbled out~~ Refunds/Financial Compensation is not appropriate relief! All of these individual

things compiled with one another amount to Cruel and Unusual Conditions of Confinement and other Constitutional Violations.

— Count 1 Deliberate Indifference — 8th Amendment Violation Claim.

Ongoing unsafe and unsanitary conditions of Confinement including exposure to insects and vermin and the presence of urine and feces and Raw Sewage. Prison officials were aware of the problems since they endeavored at times to correct them, but did not resolve them other than on a temporary basis. These conditions persisted throughout my time of incarceration at/in the S.C.U. All of this represents a Reckless failure to act with reasonable care to mitigate the risk that these conditions posed to myself. Prison Officials knew of or should have known that these conditions posed an excessive risk to health or safety. All of the Defendants were Deliberately Indifferent to the Safety and Welfare of Myself.

— Count 2 Failure to Improve Plumbing —

The plumbing system has been malfunctioning since my arrival to the SCU at Wabash Valley Cor. Fac. on February 20th 2023. The problem is generally

Known throughout the facility. Many Correctional officers and grievance officers have expressed indifference to the problem and stated that the problem results from the fact that the facility has an old plumbing system, or stated that the issue is out of their control.

The WVCF Plant Manager is Responsible for the plumbing, water and Related matters within the facility. The Plant Manager is aware of the issues with the plumbing system but has been unable to fix them or improve the system. The Plant Manager has stated that there are bigger issues that need to be fixed in the facility. Warden Frank Vanihel as well as Deputy Warden Kevin Gilmore are aware of the problem but they have not taken steps to Rectify it. All of the Defendants are named in this Count as well.


Count 3 Failure to Clean SCU
                    After flooding.

When B-400 Range floods myself as well as the other inmates are forced to live in uninhabitable conditions. Since February 2023 till August 22nd 2023 Lt. Holcomb, Lt. Garber WVCF Plant Manager, Warden Frank Vanihel, Deputy Warden Kevin Gilmore, Casework Manager

Jacquelynne Porter-Marts, Mental Health Dr. Mary Sims, ~~OOO~~ Sgt. Ivy, Maintenance Supervisor Walters, C.O. Reardon, C.O. Nef, C.O. Hill, C.O. Elleger C.O. Angleton, C.O. Reeves, C.O. Maverick, C.O. Baker all of whom are aware of the issue but have not taken steps to improve the conditions of the SCU B-400 Range after the floods. On Rare occasions they used a push broom or squeegee to push the Raw sewage feces urine toilet water trash and debris out onto the B-400 Range Rec-pad but that was the extent of it being cleaned by only contaminating our Recreational pad. They didit ventilate the Range, Remove inmates from the Range or otherwise ensure I was housed in habitable conditions/humane conditions of Confinement

## Count 4 Failure to Intervene

All of the defendants are guilty of failing to intervene in our conditions of Confinement they all were continually present on Range for numerous Reasons and were all aware of the extreme odor, flooding, sewage, feces and urine on and all over B-400 Range. They have all made comments or jokes or almost vomited about and because of the extreme smell and horrendous conditions on the Range we were forced to live

ect breath and recreate in and none took steps to intervene in the conditions or to make them better or more humane.

Count 5 Due Process Conditions of Confinement

All of the defendants are guilty of violating my Due Process rights by subjecting me to more Punitive Conditions than sanctioned and more than other inmates on other ranges when I was serving a disciplinary sentence yes as are others on other ranges but B-400 range is for inmates that cause problems while serving their Disciplinary terms. I did not and to this day have not caused problems during my confinement in SCU. The Defendants made an intentional decision with respect to the conditions under which I was confined, These conditions put me at substantial risk of suffering serious harm. The Defendants did not take reasonable available measures to abate that risk even though a reasonable officer in the circumstances would have appreciated the high degree of risk involved; making the consequences of the Defendants' conduct obvious and by not taking such measures the defendants caused the plaintiffs injuries. I name All Defendants in this claim as well.

Count 6   8th Amendment Violation of
Refusal of Mental Health Treatment.
Defendant Mental Health Dr. Mary Sims is
the Mental Health Dr who receives all Health Care
Request forms related to Mental Health. Nurses
and Mental Health people I turned in Health care
forms to personally when asked about the status
of the submitted Healthcare Request forms they
all replied they did not know why I was not
being seen because they had hand delivered
my Healthcare Request forms to Mental Health
Dr Mary Sims themselves.


Count 7  Breach of Duty
All of the Defendants named in suit had a
Sworn Duty to provide a safe and Sanitary
environment with Humane Conditions of Confinement
And all of the Defendants failed to do so.


Count 8  Supervisory Liability
Warden Frank Vanihel, Deputy Warden Kevin Gilmore
Plant Manager, Maintenance Supervisor Walters, Casework
Manager Jacquelynne Porter-Mantz, Mental Health Dr Mary
Sims, Lt. C. Holcomb, Lt. Barber and Sgt. Ivy are
all prison officials with Supervisory Roles in the
SCU or Administration and were all aware of
the conditions on B-400 range and what the

inmates on B-400 range are being forcefully subjected to and haven't done anything to rectify the problems or conditions of Confinement. The actions of the Defendants were deliberate and intentional and were done with malice towards myself and select others on B-400 range. Said actions were done with reckless disregard for the rights of myself and with negligence towards my rights. No one should have to endure or live in these Tortuous Solitary Confinement conditions. The Mental Health Treatment at this facility is Grossly inadequate my time in Solitary Confinement at the S.C.U. has Caused insomnia, anxiety, depression and Suicidal Ideation.

The Case #s to the Grievances filed on all issues raised in this suit are as follows and all have been fully exhausted to and through final step!

Grievance # 23-156259        - Electronic Devices
Grievance # 23-156906        - Living Conditions
Grievance # 23-156072        - Food Services
Grievance # 23-157156        - Health Services

This facility and the people that work here give all of us inmates the runaround so that we just go in circles trying to abide by the instructions set forth to go about policy procedures properly prime example being my Grievance issue Case # 23-157156 / All of my Health Care Request forms I personally handed to the hands of Nurses and or Mental Health Staff yet was ignored for 8 months! Yet heres the facilities Contradictory Statement the Response to my Grievance appeal by Michael Ellis at 3:02:15 pm on 9-20-23

He states "I would recommend submitting your HealthCare Request form (HCRF) through the institutional Mail." Appeal Denied

Yet 107 days earlier in a facility wide Memo/Reminder posted on all inmate tablets in Documents folder and Category "Important Notice" Reminder titled HealthCare Request forms States as follows:

<u>Reminder</u>: Ensure you are putting HCRFs to Health Services in the appropriate box in your housing unit Do NOT put them in the mail.

If you reside in Restricted status housing, please

ensure that you are giving your HCRF's to the Nurse.

Thank You
WVCF Health Services    6-5-23

See the different departments in the facility aren't even on the same page yet we the inmates are held accountable for not following orders yet the direct orders here in this instance contradict one another and either way doesn't change the fact that I still followed the steps I was supposed to and was still refused Mental Health Treatment! I had to file a grievance in order to be seen and that's not how its supposed to be otherwise why would we have HealthCare Request forms?

Posting Posted on "Posts" on all Tablets

Any purchase of Music from 8/8/23 at 8:00pm EST to 8/11/23 at 6:59pm EST will be refunded - no current ETA. Viapath engineering is currently working on a resolution. If you did not make a a music purchase on 8/8/23 - 8/11/23, you can purchase music or if your subscription(s) that was purchased on 8/8/23 - 8/11/23 has expired, you can continue to purchase without any further issues.

This tablet posting directly contradicts the Wardens or Designees Appeal Response to Grievance # 23-156259 on 9-13-2023 by Michael Ellis stating "I see nothing where a refund was mentioned, you can write to Mrs. Gardener requesting one."

This is yet another instance of the facilities one hand having no idea of or contradicting what the facilities Other hand is doing causing confusion and ~~used~~ unresolved issues!

## V.    RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form <u>cannot</u> restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus Petition under 28 U.S.C. § 2254.

$500,000.00 in Compensatory and punitive damages for emotional Distress, mental Anguish and Suffering. As well as any other Relief that this court may deem Just and fair.

## VI.    JURY DEMAND

Pursuant to Federal Rules of Civil Procedure, Rule 38(b), Plaintiff respectfully demands a trial by jury of all triable issues involved in this action.

_____
Plaintiff

RESPECTFULLY SUBMITTED THIS 31st DAY OF October , 20 23 .

_____
Plaintiff

BK1

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing has been served upon adverse parties or their counsel pursuant to the Court's prisoner e-filing program.

Signature _____ Rene Vela 998878

GY2